Jodiane Goodman, Esq.
Of Counsel, Olinsky Law Group
P.O. Box 967
Mesa, AZ 85211
AZ Bar No. 029089
Telephone: 480-570-7515
Facsimile: 480-393-1817
Email: jodiane.goodman@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Sabrinia Helena Davis,<br>Soc.Sec. #XXX-XX-1985,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Commissioner of Social Security,<br>　　　　　Defendant.<br>_____ | ) NO.<br>)<br>)<br>)<br>)<br>) **COMPLAINT**<br>)<br>)<br>)<br>)<br>) |

　　　Plaintiff, Sabrinia Helena Davis, by her attorney, Jodiane Goodman, alleges as follows:

　　　1.　　The jurisdiction of this Court is invoked pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) to review a decision of the Commissioner of Social Security denying Plaintiff's applications for Social Security Disability Insurance Benefits and Supplemental Security Income benefits for lack of disability.

　　　2.　　This action is an appeal from a final administrative decision denying Plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the attached Appeals Council Notice dated May 17, 2023. (Exhibit A).

4. Plaintiff, whose social security number is XXX-XX-1985, resides in Tucson, Pima County, Arizona, which is within this judicial district and division.

5. The Defendant is the Commissioner of Social Security of the United States of America.

6. Plaintiff is disabled.

7. The agency committed error of law by denying Appeals Council review of the decision by the Administrative Law Judge, or otherwise to deny relief that was within the authority of the Appeals Council.

8. The conclusions and findings of fact of the Defendant are not supported by substantial evidence and are contrary to law and regulation.

WHEREFORE, Plaintiff prays that this Court:

1. Find that the Plaintiff is entitled to Social Security Disability Insurance benefits and Supplemental Security Income benefits under the provisions of the Social Security Act; or

2. Remand the case for a further hearing;

3. Award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, on the grounds that the Commissioner's action in this case was not substantially justified; and

4. Order such other and further relief as the Court deems just and proper.

Dated this 29th day of June, 2023

BY: *s/Jodiane Goodman*
   **Jodiane Goodman, Esq.**
   Attorney for Plaintiff
   Of Counsel, Olinsky Law Group

Exhibit A

**SOCIAL SECURITY ADMINISTRATION**

Refer to: Sabrinia Helena Davis

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: May 17, 2023

## NOTICE OF APPEALS COUNCIL ACTION

RECEIVED MAY 24 2023

Ms. Sabrinia Helena Davis



This is about your request for review of the Administrative Law Judge's decision dated July 19, 2022. You submitted reasons that you disagree with the decision. We considered the reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the reasons do not provide a basis for changing the Administrative Law Judge's decision.

### We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period on or before the date of the hearing decision. You must also show there is a reasonable probability that the additional evidence would change the outcome of the decision. You



**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

**See Next Page**

must show good cause for why you missed informing us about or submitting it earlier.

Although you submitted a request for review of the Administrative Law Judge's decision, you (through your representative) have (in August 2022 correspondence) also questioned the agency's authority to act on this matter. We considered your contentions. However, under current regulation and authority, the Appeals Council is responsible for reviewing and acting on all appropriately filed requests for review.

**If You Disagree With Our Action**

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

**How to File a Civil Action**

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on-line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

**Time To File a Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.



See Next Page

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (866)331-7693.

> Social Security
> 3808 N 1st Ave
> Tucson, AZ 85719-2030

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Wanda C. E. Beamon*
Wanda C. E. Beamon
Appeals Officer

Enclosure: Order of Appeals Council

cc: D. Daniel Bott
   P.O. Box 127
   Lehi, UT 84043



Social Security Administration
OFFICE OF APPELLATE OPERATIONS

# ORDER OF APPEALS COUNCIL

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Sabrinia Helena Davis (Claimant) | Period of Disability<br>Disability Insurance Benefits<br>Supplemental Security Income |
| (Wage Earner) | |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit 23B    Request for Review of Hearing Decision/Order (HA 520) received August 5, 2022 (3 pages)

Exhibit 23E    Statement of Claimant or Other Person dated August 30, 2022 (3 pages)

Date: May 17, 2023

