**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Kimberly Davidson**, <br><br> Plaintiff, <br><br> vs. <br><br> **Focused Family Services LLC**, an Arizona Limited Liability Company, and **Kulinda D. Rollins Chaney and Pierre Chaney**, a married couple, <br><br> Defendants. | No. 2:23-cv-01198-DJH <br><br> **STIPULATED MOTION TO ENTER STIPULATED JUDGMENT** |

Plaintiff, Kimberly Davidson ("Plaintiff"), and Defendants, Focused Family Services LLC and Kulinda D. Rollins Chaney and Pierre Chaney, individually, and on behalf of their marital community (all Defendants are collectively referred to as "Defendants") (the parties are collectively referred to as the "Parties"), through their respective counsel, jointly move to enter the stipulated judgment, attached as "**Exhibit A**." Alternatively, in the event this matter has closed, the Parties jointly move for the reinstatement of the above-captioned case for the sole purpose of entering the stipulated judgment.

On or about August 15, 2023, the Parties agreed to resolve this case and to draft, finalize, and execute a settlement agreement. Pursuant to that settlement agreement, the Defendants were to make certain payments to Plaintiffs. Moreover, the settlement agreement provided:

> A Stipulation for Entry of Judgment shall be entered into by the Parties with the form and content as set forth in the **Exhibit 1**, hereto, and in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00). The Stipulation for Entry of Judgment shall not be filed with the Court unless Defendants fail to timely pay any of the above payments in accordance with this Agreement. Defendants agree that they shall also be liable for all attorneys' fees and costs incurred by counsel for Davidson in prosecuting the Lawsuit and that counsel for Davidson shall have the right to seek from the Court such attorneys' fees and costs in addition to the judgment entered.

Upon the final execution and approval of the Settlement Agreement, an executed copy of this Stipulated Motion and the attached form of Stipulated Judgment was executed and provided to Plaintiff's counsel with the authority to file both if and only if any of the payments required under Paragraph 2 of the Settlement Agreement was not paid within the allotted time frame.

By this filing, Plaintiff confirms that Defendants have not made payment as required by the Settlement Agreement, and a Default has occurred. The Parties also agree and stipulate that, in addition to the Stipulated Judgment, counsel for Plaintiff is also entitled to all reasonable attorneys' fees and costs incurred in obtaining and collecting on the stipulated judgment.

The Parties, therefore, pursuant to their Settlement Agreement, jointly move for the reinstatement of the above-captioned case for the sole purpose of entering the attached Stipulated Judgment.

**AGREED TO BY THE PARTIES** this  16  day of August            , 2023.

RESPECTFULLY SUBMITTED the 23rd Day of   September           20 23 .

                                        BENDAU & BENDAU PLLC

                                        By: /s/  Clifford P. Bendau, II
                                        Clifford P. Bendau, II
                                        Christopher J. Bendau
                                        *Attorneys for Plaintiff*

                                        FOCUSED FAMILY SERVICES LLC

                                        By: /s/ *Kulinda D. Rollins Chaney (Aug 16, 2023 19:31 PDT)*
                                        Kulinda Rollins Chaney
                                        Its: Member

                                        KULINDA ROLLINS CHANEY

                                        By: /s/ *Kulinda D. Rollins Chaney (Aug 16, 2023 19:31 PDT)*
                                        Kulinda Rollins Chaney, individually, and on behalf of the Marital Community of Kulinda Rollins Chaney and Pierre Chaney

                                        PIERRE CHANEY

                                        By: /s/ *Pierre Chaney (Aug 16, 2023 19:45 PDT)*
                                        Pierre Chaney, individually, and on behalf of the Marital Community of Kulinda Rollins Chaney and Pierre Chaney

                                        *Defendants Focused Family Services LLC, Kulinda Rollins Chaney, and Pierre Chaney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd Day of September 20 23, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/   Clifford P. Bendau, II

# DAVIDSON; SETTLEMENT AGREEMENT FINAL; 8-16-23

Final Audit Report                                                                 2023-08-17

| | |
|---|---|
| Created: | 2023-08-17 |
| By: | Clifford Bendau (cliffordbendau@bendaulaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA50AlwiocDT8D5YqzqV2-YCS8O1JS_6xY |

## "DAVIDSON; SETTLEMENT AGREEMENT FINAL; 8-16-23" History

- Document created by Clifford Bendau (cliffordbendau@bendaulaw.com)
  2023-08-17 - 2:12:03 AM GMT- IP address: 216.160.221.3

- Document emailed to Kulinda D. Rollins Chaney (krollinschaney@gmail.com) for signature
  2023-08-17 - 2:12:07 AM GMT

- Email viewed by Kulinda D. Rollins Chaney (krollinschaney@gmail.com)
  2023-08-17 - 2:13:51 AM GMT- IP address: 104.28.111.148

- Document e-signed by Kulinda D. Rollins Chaney (krollinschaney@gmail.com)
  Signature Date: 2023-08-17 - 2:31:31 AM GMT - Time Source: server- IP address: 174.195.115.106

- Agreement completed.
  2023-08-17 - 2:31:31 AM GMT

**Adobe Acrobat Sign**

# DAVIDSON; SETTLEMENT AGREEMENT SIGNED BY KULINDA ROLLINS CHANEY (FINAL); 8-16-23

Final Audit Report                                                                 2023-08-17

| | |
|---|---|
| Created: | 2023-08-17 |
| By: | Clifford Bendau (cliffordbendau@bendaulaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA82jrcUPmd4LxGvXr7tKI2v0GPr_j2myL |

## "DAVIDSON; SETTLEMENT AGREEMENT SIGNED BY KULINDA ROLLINS CHANEY (FINAL); 8-16-23" History

- Document created by Clifford Bendau (cliffordbendau@bendaulaw.com)
  2023-08-17 - 2:35:03 AM GMT- IP address: 216.160.221.3

- Document emailed to Pierre Chaney (priectonchaney2@gmail.com) for signature
  2023-08-17 - 2:35:07 AM GMT

- Email viewed by Pierre Chaney (priectonchaney2@gmail.com)
  2023-08-17 - 2:44:16 AM GMT- IP address: 66.249.84.68

- Document e-signed by Pierre Chaney (priectonchaney2@gmail.com)
  Signature Date: 2023-08-17 - 2:45:15 AM GMT - Time Source: server- IP address: 68.224.47.50

- Agreement completed.
  2023-08-17 - 2:45:15 AM GMT

Adobe Acrobat Sign