# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Davidson,<br><br>    Plaintiff,<br><br>v.<br><br>Focused Family Services LLC, et al.,<br><br>    Defendants. | No. CV-23-01198-PHX-DJH<br><br>**STIPULATED JUDGMENT** |

Before the Court is a "Stipulated Motion to Enter Stipulated Judgment" (Doc. 10) filed by Plaintiff Kimberly Davidson and Defendants Focused Family Services LLC, Kulinda D. Rollins Chaney, and Pierre Chaney (collectively the "Parties"). Therein, the Parties represent that on or about August 15, 2023, they "agreed to resolve this case and to draft, finalize, and execute a settlement agreement" and on August 17, 2023, they executed a Settlement Agreement. (*Id*. at 2, 5–6).[1] The Parties now represent that Defendants have defaulted under the Settlement Agreement. (*Id*. at 2). The Parties have submitted their stipulated judgment terms to remedy the Defendants' default. (Doc. 10-1).

Accordingly, and by stipulation of the Parties,

**IT IS ORDERED** that the Parties' "Stipulated Motion to Enter Stipulated

---

[1] On August 14, 2023, the Court set a Rule 16 Scheduling Conference for October 16, 2023. (Doc. 9). That Order stated that "If the parties currently are engaged in settlement negotiations, the plaintiff's counsel shall advise the Court **within seven (7) days** from the date of this Order, and shall specify the date by which the parties expect to conclude their settlement negotiations." (*Id*. at 2). At no time has Plaintiff notified the Court of the Parties' settlement or otherwise sought a continuance of the October 16 Scheduling Conference. Counsel, who appears frequently in this district, is advised to read and comply with this Court's orders carefully in the future.

Judgment" (Doc. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment shall be entered as follows:

Plaintiff Kimberly Davidson is awarded judgment against and Defendants Focused Family Services LLC and Kulinda Rollins Chaney and Pierre Chaney, individually, and on behalf of their marital community, and each of them, jointly and severally, in the amount of $12,000.00, accruing post-judgment interest at the applicable federal rate under 28 U.S.C. § 1961(a) from August 15, 2023, until the judgment is paid in full.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to all reasonable attorneys' fees and costs incurred in obtaining and collecting on the stipulated judgment. Plaintiff shall file a motion for an award of attorneys' fees within fourteen (14) days of the entry of judgment in compliance with Local Rule 54.2. The Clerk of Court is kindly directed to terminate this matter.

Dated this 28th day of September, 2023.

Honorable Diane J. Humetewa
United States District Judge